# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 852 |
| | : | |
| REAPPOINTMENTS TO ORPHANS' COURT PROCEDURAL RULES COMMITTEE | : : | SUPREME COURT RULES DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of October, Thomas J. Dempsey, Jr., Esquire, Allegheny County, and Julian E. Gray, Esquire, Allegheny County, are hereby reappointed as members of the Orphans' Court Procedural Rules Committee for a term of three years, commencing January 1, 2021.